■

38 P.3d 12

**Joseph C. PINEDO**

v.

**ARIZONA DEPT OF TRANSPORTATION**

**No. CV–01–0189–PR.**

Supreme Court of Arizona.

Jan. 8, 2002.

The following action was taken by the Supreme Court of the State of Arizona on January 08, 2002, in regard to the above-referenced cause:

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice MARTONE did not participate in the determination of this matter.

■

38 P.3d 12

**Sean CUMMINS et ux**

v.

**MOLD–IN GRAPHIC SYSTEMS et al**

**No. CV–01–0234–PR.**

Supreme Court of Arizona.

Jan. 8, 2002.

The following action was taken by the Supreme Court of the State of Arizona on January 08, 2002, in regard to the above-referenced cause:

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice MARTONE did not participate in the determination of this matter.

■

38 P.3d 12

**WELLS FARGO BANK, a National Banking Association, Plaintiff–Counterdefendant–Appellee,**

v.

**ARIZONA LABORERS, TEAMSTERS AND CEMENT MASONS LOCAL NO. 395 PENSION TRUST FUND; Arizona Laborers, Teamsters and Cement Masons Local No. 395 Defined Contribution Pension Trust Fund; Arizona Operating Engineers Defined Benefit Pension Trust Fund; Arizona Operating Engineers Defined Contribution Pension Trust Fund; Arizona State Carpenters Pension Trust Fund; Arizona State Carpenters Defined Contribution Pension Trust Fund; McMorgan & Company, a California corporation, as Managing Agent of the Funds, Defendants–Counterclaimants–Appellants.**

**No. CV–00–0062–PR.**

Supreme Court of Arizona,
En Banc.

Jan. 18, 2002.

As Corrected April 9, 2002.

